
RECEIVED
IN MONROE, LA
JAN 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ROLAND COATES<br>DAVID EVANS<br>ERNEST L. SMITH, SR.<br>ANTHONY LEWIS<br>ANTHONY YOUNG<br>JEFFREY POWELL<br>MARCUS K. LOGAN, SR.<br>ZEPHAN GIVENS<br>SAMMY K. REESE<br><br>VS.<br><br>OUACHITA CORRECTIONAL CENTER,<br>ET AL. | CIVIL ACTION NO. 05-1256-M<br><br><br><br><br><br><br>SECTION P<br><br><br>JUDGE JAMES<br><br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiffs' civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in Chambers, in Monroe, Louisiana, on this 19 day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE